Thursday,
*May 5.*

## METTLER and Another *v.* MOORE.

Covenant on an obligation for 125 dollars with interest, payable 12 months after date in whiskey, to be delivered at a certain place: *Held*, that after a judgment by default, the Court might render final judgment in favour of the plaintiff for the amount of the obligation with interest and costs, without the intervention of a jury.

ERROR to the *Dearborn* Circuit Court.—This was an action of covenant by *R. Moore* against *I. Mettler* and *J. Smith*, on a writing obligatory for 125 dollars with interest, payable 12 months after date in merchantable whiskey, to be delivered at *Lawrenceburgh* at the cash market price. *Smith* appeared and confessed judgment for the amount of the obligation with interest; and *Mettler* made default. The Circuit Court rendered final judgment against the defendants, without a jury, for the sum named in the obligation with interest and costs.

BLACKFORD, J.—The only question presented by this case is, whether, upon a judgment by default, the plaintiff could take final judgment for the principal and interest of the obligation, without the intervention of a jury to assess the damages. We think he might. Whether the plaintiff could not, under certain circumstances, have had damages assessed by a jury to a greater amount, is not now the subject of inquiry. One thing is very certain, he was entitled from the face of the obligation to the amount, at least, of the principal and interest for which he took his judgment (1); and the defendants have no reason to complain (2).

*Per Curiam.*—The judgment is affirmed, with one *per cent.* damages and costs.

*Lane*, for the plaintiffs.

*Dunn*, for the defendant.

(1) Vide *Van Vleet v. Adair*, this term, post.

(2) *John* v. *Clayton*, ante, p. 54.